DECEMBER 12, 1955.

No. 111. GONZALES *v.* LANDON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. Certiorari, 349 U. S. 943, to the United States Court of Appeals for the Ninth Circuit. Argued December 7–8, 1955. Decided December 12, 1955. *Per Curiam:* The Court is of the view that the standard of proof required in denaturalization cases (see *Schneiderman* v. *United States,* 320 U. S. 118; *Baumgartner* v. *United States,* 322 U. S. 665) is applicable to expatriation cases arising under § 401 (j) of the Nationality Act of 1940, 54 Stat. 1137, as amended, and has not been satisfied in this case. Accordingly the judgment below is reversed without reaching the constitutional questions that have been presented. *A. L. Wirin* argued the cause for petitioner. With him on the brief was *Fred Okrand. Oscar H. Davis* argued the cause for respondents. With him on the brief were

*Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *J. F. Bishop.* Briefs of *amici curiae* were filed by *John W. Willis* for Mendoza-Martinez, and by *Osmond K. Fraenkel* and *Loren Miller* for the American Civil Liberties Union.